## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose  
Criminal No. 4:21-cr-00143-001 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. MICHAEL BARRY SLATER

---

Gov. Atty(s): Babasijibomi Asiwaju Moore and Adam J. Kerndt : ☐ Indictment  ☐ Superseding Indictment  ✔ Information  
Def. Atty(s): Sean P. Spellman : In 1 Count(s) – Code Violation:  
Court Reporter: Kelli Mulcahy : ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD 18:1349 Conspiracy to  
Interpreter: N/A : Commit Wire Fraud Affecting a Financial Institution (1)

Date: April 22, 2022 :  
Time Start: 11:00 am  Time End: 11:22 am :

---

✔ Defendant reaffirmed guilty plea to Count(s) 1.  : ✔ Court adopted findings of Final PSR  
☐ Jury  ☐ Court guilty verdict to Count(s)  : ☐ Final PSR as amended

Minutes:

Defendant present with counsel for sentencing.  Defendant satisfied with counsel.  Defendant advised of maximum penalties and informed of PSR.  Parties discuss PSR.  Total Offense Level = 24; Criminal History Category = I; Guideline Imprisonment Range = 51 to 63 months.  Parties argue appropriate sentence.  Defendant allocutes.  Court pronounces sentence.  Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 14 months with a 3 year term of supervised release to follow.  Court recommends placement at FPC Yankton or FPC Duluth.  $100 Special Assessment.  Restitution in the amount of $4,528,191.26.

Defendant remains released and shall self-surrender to his designated BOP facility.

/s./ K. Chrismer  
Deputy Clerk